## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Miami Division

**MDL No. 2599**
**Master File No. 15-02599-MD-MORENO**
**15-20664-CV-MORENO**
**S.D. Fla. Case No. 15-21635-CV-MORENO**

IN RE:

**TAKATA AIRBAG PRODUCTS**
**LIABILITY LITIGATION**

_____

THIS DOCUMENT RELATES TO:
LAW NGEE CHIONG, AS THE PERSONAL
REPRESENTATIVE FOR THE ESTATE OF
LAW SUK LEH AND THE ESTATE OF ELSA
MIA LAW CAIDO, A DECEASED MINOR CHILD,

               Plaintiff,

v.

TAKATA CORPORATION, et al.,

               Defendants.

_____/

### FINAL ORDER OF DISMISSAL

THIS CAUSE came before the Court upon the parties' Joint Stipulation of Dismissal with

Prejudice ("Motion") [(D.E. 1000 (15-md-02599), D.E. 214 (15-md-20664), D.E. 25 (15-cv-

21635).  Having reviewed the Motion, the pertinent portions of the record, and being otherwise

fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this Cause is **DISMISSED** with prejudice, with

each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii).  All liens and

subrogated interests, if any, will be resolved by Plaintiff from the proceeds of this settlement as

governed under the terms of the settlement agreement entered into this matter.  The Court shall

retain jurisdiction to enforce the terms of the settlement agreement.

DONE AND ORDERED in Chambers at Miami, Florida, this _28_ of March 2016.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record